In the Matter of the Application for Support, Education and to Establish the Paternity of an Unborn Child. MAYNARD FUNCH, Appellant.— Order of filiation of the Children's Court, Nassau county, and order denying motion for new trial, unanimously affirmed, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of Proving the Last Will and Testament of JOHN KELLY, Deceased. (Appeal No. 1.) — Order of the Surrogate's Court of Queens county denying proponent's motion to vacate notice of examination before trial reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We think the notice of examination was insufficient in that it failed to state the matters on which contestant sought the examination. (Rogers v. Gould, 206 App. Div. 433; Matter of Hodgman, 113 Misc. 215; Matter of Levy, 198 App. Div. 773.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of Proving the Last Will and Testament of JOHN KELLY, Deceased. (Appeal No. 2.) — Order of the Surrogate's Court of Queens county, which denied in part proponent's motion for a bill of particulars, modified so as to require contestant to give a bill of particulars of the time or times and the place or places where the contestant claims undue influence was exercised upon the decedent, and the time or times and the place or places where contestant claims duress was practiced upon the decedent, as specified in proponent's demand, subdivisions (c) and (f). If contestant has not this knowledge, she should so state. As so modified, the order is affirmed, without costs. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of CHARLES KLEIN, Petitioner, Respondent, for a Peremptory Mandamus Order against WILLIAM J. DALTON, as Mayor of the City of Long Beach, N. Y., and Others, Appellants.— On consent of parties, order resettled and signed. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of SIKORA REALTY CORPORATION, Appellant, for a Mandamus Order against JOHN W. MOORE, Superintendent of Buildings, Borough of Queens, Respondent.— Order denying motion for preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JULEDITH HOLDING CORPORATION, Appellant, v. 91–95 EAST 18TH STREET CORPORATION, Respondent.— Order dismissing plaintiff's complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The complaint is plainly sufficient to warrant a judgment in favor of the plaintiff for the amount of the down payment and expense of examining title. This being so, the complaint was improperly dismissed. (Clark v. Levy, 130 App. Div. 389; Perrin v. Smith, 135 id. 127; Kornblum v. Commercial Advertiser Association, 183 id. 615.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.